**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1294**

WILLIAM ANTHONY TACCINO,

Plaintiff - Appellant,

and

ORGANIZING FOR ACTION WILLIAM A. TACCINO, Volunteer,

Plaintiff,

v.

UNITED STATES OF AMERICA; VARIOUS DEPARTMENTS AND AGENCIES; PRESIDENT OF THE U.S.A. DONALD TRUMP; STATE OF WEST VIRGINIA; WEST VIRGINIA GOVERNOR JIM JUSTICE; STATE OF MARYLAND; MARYLAND GOVERNOR LARRY HOGAN; SOCIAL SECURITY ADMINISTRATION; COMMISSIONER, SOCIAL SECURITY,

Defendants - Appellees.

**No. 18-1295**

WILLIAM ANTHONY TACCINO,

Plaintiff - Appellant,

and

ORGANIZING FOR ACTION WILLIAM A. TACCINO, Volunteer,

Plaintiff,

v.

UNITED STATES OF AMERICA; VARIOUS DEPARTMENTS AND AGENCIES; PRESIDENT OF THE U. S. A. DONALD TRUMP; STATE OF WEST VIRGINIA; WEST VIRGINIA GOVERNOR JIM JUSTICE; STATE OF MARYLAND; MARYLAND GOVERNOR LARRY HOGAN; SOCIAL SECURITY ADMINISTRATION; COMMISSIONER, SOCIAL SECURITY,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:14-cv-02112-GLR)

———————————

Submitted: June 20, 2018                              Decided: June 28, 2018

———————————

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William A. Taccino, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Anthony Taccino appeals the district court's orders adopting the magistrate judge's recommendation and upholding the Commissioner's denial of his application for disability insurance benefits, and denying reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Taccino v.  Comm'r Soc. Sec.*, No. 1:14-cv-02112-GLR (D. Md. Jan. 18, 2018; Feb. 23, 2018).  We deny Taccino's motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*